■ M. Michele Rechberger, Respondent, v Edward H. Rechberger, III, Appellant. (Appeal No. 2.)—Order unanimously affirmed with costs. Same memorandum as in Rechberger v Rechberger ([appeal No. 1] 139 AD2d 906 [decided herewith]). (Appeal from order of Supreme Court, Wyoming County, Feeman, J.—civil contempt.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.